IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2346-EWN-BNB

CHRISTINA QUATTRONE,

Plaintiff,

v.

NOBLE LOGISTIC SERVICES, INC.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the **Unopposed Motion to Withdraw Motion for Contempt Citation**, docket entry 21 (the "Motion"), filed on July 8, 2005,

IT IS ORDERED that the Motion is GRANTED. The **Motion for Issuance of Contempt Citation** (docket entry 18), is DENIED AS MOOT. The hearing set for July 18, 2005, is VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court shall add as an interested party concerning this Motion only, the following:

Nextel West Corp.
c/o Corporation Service Company
1450 Broadway, Suite 2090
Denver, CO 80202

DATED: July 11, 2005.